PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANGELIQUE R. OWEN,<br><br>          Defendant. | Case No. 1:23-po-00030-SAB<br><br>JOINT MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c); FED. R. CRIM. P. 32.1(c); and ORDER |

     The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, and Angelique R. Owen, Pro Se Defendant, hereby move for an early termination of probation pursuant to 18 U.S.C. § 3564(c), and Federal Rules of Criminal Procedure, Rule 32.1(c).

     On February 16, 2023, the Court sentenced Defendant to serve one month of unsupervised probation to expire on March 16, 2023.  The conditions of Defendant's probation include payment of a fine in the amount of $50.00; payment of a special assessment in the amount of $10.00; and payment of a processing fee in the amount of $30.00; for a total financial obligation of $90.00, to be paid in full by February 28, 2023.  Additionally, Defendant is to obey all laws, notify of any financial or address change. [ECF #4].

Defendant paid the fine in full to the Central Violations Bureau by February 18, 2023, as reflected on the Court's docket, and has otherwise all laws during probation.  *See* [ECF #3].

DATED: February 28, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　 /s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

DATED: February 28, 2023　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　By:　　 /s/ *Angelique R. Owen*
　　　　　　　　　　　　　　　　　　　　　ANGELIQUE R. OWEN, Pro Se
　　　　　　　　　　　　　　　　　　　　　Defendant

**O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be terminated

IT IS SO ORDERED.

Dated:  **March 2, 2023**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE